No. 95–5922.  DUKES *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–5923.  FISHER ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–5924.  GONZALEZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5925.  GROSSI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–5926.  PERALES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5930.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5931.  KAHO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5932.  KIRSH ET VIR *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–5936.  BERGER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–5944.  McCLENTON *v.* UNITED STATES (two judgments).  C. A. 3d Cir.  Certiorari denied.

No. 95–5955.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–6011.  MATTESON *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 94–1802.  HOSPITAL SAN RAFAEL, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 1st Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–72.  LA CIENEGA MUSIC CO. *v.* ZZ TOP ET AL.  C. A. 9th Cir.  Motion of National Music Publishers' Association et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.